IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXIS DEJESUS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CIV-24-373-PRW |
| GRADY COUNTY LAW ENFORCEMENT CENTER, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 8), recommending that this action be dismissed without prejudice.

Plaintiff, proceeding *pro se*, filed his Complaint (Dkt. 1) on April 12, 2024, together with a Motion for Leave to Proceed In Forma Pauperis (Dkt. 2). Judge Erwin identified several problems with the Motion and ordered Plaintiff to cure the deficiencies (Dkt. 5). Plaintiff corrected the deficiencies, and his Motion was granted (Dkt. 7). Plaintiff was ordered to pay an initial partial filing fee of $50.50 or show cause in writing for his failure to pay by May 27, 2024 (Dkt. 7). Plaintiff did not pay the initial filing fee or respond to the Order.

On June 10, 2024, Judge Erwin filed his Report and Recommendation (Dkt. 8), recommending that this action be dismissed without prejudice for failure to comply with the Court's orders. The docket indicates that the Report and Recommendation was returned

as undeliverable. However, Plaintiff has not notified the Court of any change in his address as required under Local Civil Rule 5.4. Because the Report and Recommendation was sent to Plaintiff's last known address given to the court, the Report and Recommendation is deemed delivered.[1] Plaintiff has filed no objections to the Report and Recommendation (Dkt. 8).

Having reviewed the matter *de novo*, the Court **ADOPTS** the Report and Recommendation (Dkt. 8). This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with orders of the Court.

**IT IS SO ORDERED** this 12th day of August 2024.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] LCvR 5.4.